FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 14  AM 7: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAYNELL J. ROTH                                    CIVIL ACTION

VERSUS                                             NUMBER: 05-2691

GOODWILL INDUSTRIES, SELA, INC.                    SECTION: "S"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this _12_ day of _June_____, 2006.


_____
UNITED STATES DISTRICT JUDGE


___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____